JAMES I. ALLEN *vs.* AMERICAN BUILDING & LOAN ASS'N.

Submitted on briefs Oct. 6, 1893.    Affirmed Oct. 20, 1893.

No. 8305.

Former decisions followed.

> The decisions of this court in *Allen* v. *Same Defendant*, 49 Minn. 544, and *Carpenter* v. *Same Defendant*, 54 Minn. 403, followed.

Appeal by defendant, American Building and Loan Association, from a judgment of the District Court of Hennepin County, *William Lochren*, J., entered December 28, 1892, against it for $12,634.69.

*Hart & Brewer, Rea & Hubacheck, C. M. Cooley* and *M. B. Koon*, for appellant.

*Lusk, Bunn & Hadley*, for respondent.

BUCK, J. This court has recently decided two cases involving substantially the same questions as are now presented for our consideration. We refer to the cases of *Allen* v. *Same Defendant*, 49 Minn. 544, (52 N. W. Rep. 144), and *Carpenter* v. *Same*, 54 Minn. 403, (56 N. W. Rep. 95.) Ordinarily, we would not again review these questions, but, in view of the large interests involved, and numerous parties affected, and that the writer hereof was not a member of this court at the time such decisions were made, we have deemed it advisable to consider fully the questions again submitted for our consideration, and, having done so, the former decisions are followed, adhered to, and the judgment of the lower court affirmed.

(Opinion published 56 N. W. Rep. 577.)